# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| CALVARY INDUSTRIES, INC.,<br>*Plaintiff*<br>v.<br>JONATHAN K. WINTERS, JIM EPSTEIN, EVAN EPSTEIN, and THOR CUSTOM STEEL COATINGS, LLC,<br>*Defendants* | Civil Action No. 1:23-cv-1 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ **the plaintiff recover nothing**, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ **other:** Plaintiff Calvary Industries, Inc.'s declaratory judgment claim is DISMISSED WITH PREJUDICE; Plaintiff's motion to remand (Doc. 10) is GRANTED; The remaining state law claims are REMANDED to the State Court (the Butler County Court of Common Pleas) from which they were removed; and this case is TERMINATED on the docket of this Court.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Timothy S. Black, U.S. District Judge   on a motion for Remand (Doc. 10).

Date: 1/30/2023

CLERK OF COURT

*(signature)*

*Signature of Clerk or Deputy Clerk*