AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Ohio

| | |
|---|---|
| CALVARY INDUSTRIES, INC., | ) |
| *Plaintiff* | ) |
| v. | )    Civil Action No.   1:23-cv-1 |
| JONATHAN K. WINTERS, JIM EPSTEIN, EVAN | ) |
| EPSTEIN, and THOR CUSTOM STEEL COATINGS, | ) |
| LLC, | ) |
| *Defendants* | |

## AMENDED JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐   the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ _____ .

☑   other:   Plaintiff Calvary Industries, Inc.'s declaratory judgment claim is DISMISSED WITH PREJUDICE to the extent that it seeks judgment declaring Chris Berger as an inventor of Thor's pending patent applications; Plaintiff's motion to remand (Doc. 10) is GRANTED; The remaining state law claims are REMANDED to the State Court (the Butler County Court of Common Pleas) from which they were removed; and this case is TERMINATED on the docket of this Court.

This action was *(check one)*:

☐   tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐   tried by Judge _____ without a jury and the above decision was reached.

☑   decided by Judge   Timothy S. Black, U.S. District Judge _____ on a motion for Remand (Doc. 10)     .

Date:   2/1/2023 _____

                              *CLERK OF COURT*

                              *Signature of Clerk or Deputy Clerk*